**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.   <u>CV 11-2280 R(Ex)</u>                    Date: <u>June 14, 2011</u>

Title:   <u>Qingfu Miao, et al. -vs- Janet Napolitano, et al.</u>

=======================================================================
PRESENT: HON. <u>AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE</u>

<u>Angela Bridges</u>                      None
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:
None present                        None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
            WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
            CAUSE HEARING BEFORE THE CHIEF JUDGE

     On April 1, 2011, this Court issued an Order to Comply With Local Rule
3-2, which requires that all manually filed civil initiating documents be
e-mailed in electronic form (PDF format only) within twenty-four hours of
the date the civil initiating documents are filed.  Plaintiff's counsel has
failed to comply with that Order of Court. The Court acknowledges that the
case was closed on June 3, 2011, counsel is not excluded from complying
with Local Rule 3-2.

     IT IS HEREBY ORDERED that counsel appear in person before Chief Judge
AUDREY B. COLLINS, on **July 18, 2011, at 10:00 a.m.**, Courtroom 680, Roybal
Federal Building and United States Courthouse, 255 East Temple Street, Los
Angeles, California, to show cause why monetary sanctions should not be
imposed against counsel pursuant to Local Rule 83-7(a), for failure to
comply with Local Rule 3-2.

     A written response to this Order to Show Cause shall be filed no later
than **July 11, 2011. Failure to do so will result in the matter being
submitted to the Court without hearing and be deemed consent to the
imposition of sanctions.** To contact the Deputy Clerk to Chief Judge
Collins, call Angela Bridges, at (213)894-6500.

     The Clerk shall serve this minute order on all parties/counsel in this
action.

                                              ___ : _____
                              Initials of Deputy Clerk:  <u>AB</u>